UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILLY JIM SWANN,<br><br>    Defendant. | CASE NO. 3:17-CR-5269RJB<br><br>ORDER DENYING EMERGENCY MOTION |

This matter comes before the Court on the Emergency Motion for Order, Recinding (sic) Order to Report to Federal Bureau of Prisons Due to Constitutional Error and Violation by this Court (Dkt. 85). The court is familiar with the records and files herein, the motion filed *pro se* by defendant and the Government's Response (Dkt. 87), and is fully advised.

Mr. Swann's motion is based on the theory and argument that his speedy trial rights were violated. The record indicates that there was no speedy trial Constitutional violation, and accordingly, the motion should be denied. Therefore, it is now

ORDERED that the Emergency Motion for Order, Recinding (sic) Order to Report to Federal Bureau of Prisons Due to Constitutional Error and Violation by this Court (Dkt. 85) is DENIED.

ORDER

1  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2  to any party appearing *pro se* at said party's last known address.
3  Dated this 3rd day of October, 2018.

_____
ROBERT J. BRYAN
United States District Judge

ORDER